FILED IN CHAMBERS
U.S.D.C. - Atlanta

OCT - 7 2014

JAMES N. HATTEN, Clerk
By: Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SAVINGS INSTITUTE BANK AND TRUST
COMPANY, Individually and on
behalf of a class of all
similarly situated financial
institutions

    Plaintiff,

v.

THE HOME DEPOT, INC.

    Defendant.

CIVIL ACTION NO.
1:14-CV-3178-ODE

## ORDER

As Senior Judge of the Northern District of Georgia, the assignment of this case is DECLINED.

The case is hereby returned to the Clerk for reassignment.

SO ORDERED, this __7__ day of October, 2014.

ORINDA D. EVANS
SENIOR UNITED STATES DISTRICT JUDGE